UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Greeneville, TENN.

JUSTIN L. DALTON )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

v. )

Dee Johnston )
Andrew Smith, Coldy Williams )
Jeff-City Police - official and
individual capacity )
(Enter above the NAME of each to all
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

    B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

   _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Jefferson County Detention Center

   A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO (✓)

   C. If your answer is YES,

      1. What steps did you take? N/A

      2. What was the result? _____

   D. If your answer to B is NO, explain why not. _____

   E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

   F. If your answer is YES,

      1. What steps did you take? _____

2. What was the result? _____

_____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Justin L. Dalton

Present address: P.O. Box 1108 Dandridge, TN. 37725

Permanent home address: 5359 Stonega Rd. Appalachia, VA. 24216

Address of nearest relative: 5359 Stonega Rd. Appalachia, VA. 24216

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Officer Dee Johnston

Official position: Deputy

Place of employment: Jefferson City Police Dept.

C. Additional defendants: Jefferson City Police Department, officer Andrew Smith, officer Coldy Williams both of Jefferson City Police Department

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.) and 5th Amend.

I had my 4th and 14th amendments violated by Jefferson City Police Dept (official capacity) as well as by

3

\* <u>Official and individual capacity</u>

\* <u>Officers Dee Johnston, Andrew Smith, and Coldy williams in their official and individual capacity. These constitutional violations occured on March 14, 2022 at the location of 3254 Blue Springs Rd.</u>

The forth amendment started upon the arrival of above listed officers as I was ordered at gunpoint against wall and searched beyond permissible standards for a weapon which none was found. This intial search was done by officer Johnston. She removed a vape and package of cigarettes from my pocket again beyond 4th amend allowability once this commenced I was questioned without being Mirandized.

Officer Dee Johnston, smith and williams from this point forward continued to question myself and the person that was to give me a ride without mirandizing us therefore violating the 5th amendment

The forth amendment continued to be violated by the search of the vehicle occupied by Holly Jarnigan which was less than permissible due to how officers didn't ask proper permission and the method of search was more than allowable therefore violating further the 4th amendmendment. This entire time myself as well as the driver of vehicle (Holly) was "seized" further violating

4

(X) Sue Jefferson City police dept — official capacity
(D) Sue Dee Johnston, Andrew Smith, Coldy Williams — official and individual capacity

the 4th amendment. Upon completion of search of the vehicle and finding no weapon I was told that the issue of the resident having a stolen trailer which I was claiming to be mine wasn't "an issue for the police dept but a civil matter" "and I needed to leave".

As I got in the vehicle with Holly Jarnigan about to leave once Officer Johnston said "you're free to go" I was flagged by officer Johnston whom yelled for me to grab my cigarettes and as I started to comply walking towards the location where they had been laid by officer Johnston (approx 30ft. away) she reaches and grabs something from grass and tells officers Smith and Williams to arrest me. At this point I was arrested for a bag of alleged drugs that had been laying approx. 30ft away from where the vehicle, and myself, and officers had been for at least 15-25 mins (the illegal seizure) yet officer Johnston claimed that she had pulled the substance out of my pocket at the initial search but "didn't see it because she was looking for a weapon"

Therefore, after my arrest and removal from scene they allegedly found a pistol in the vehicle which was throughly just searched and though the Andrew the vehicle from was

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

<u>4th amendment</u> - Grant the arrest unlawful/illegal and any compensatory damages/~~punitive~~ up to $50K each

<u>5th Amendment</u> - Any compensatory up to $50K / ~~Punitive up to $10K~~

<u>14th Amendment</u> - Any compensatory up to $50K / ~~Punitive up to $10K~~

All violations subject to ANY and ALL sanctions allowable by this action

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this __30th__ day of __January__, 20__23__.

_____Justen J. Dalton_____
Signature of plaintiff(s)

⮕ Any injunction relief that grants help with the criminal issues (such as fruit of poisonous tree) and helps return lost funds, merchandise (wifes firearm) from the 4th Amend violation

5