UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| JUSTIN L. DALTON, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:23-CV-00012-DCLC-CRW |
| v. | ) | |
| DEE JOHNSTON, et al., | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court to consider the Order and Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 6]. In the R&R, the magistrate judge denies Plaintiff's Application to Proceed Without Prepaying Fees [Doc. 1] and recommends the Complaint [Doc. 2] be dismissed with prejudice [Doc. 6, pg. 7]. The parties did not file objections to the R&R.[1] *See* Fed.R.Civ.P. 72(b).

After thorough consideration of the R&R and the record as a whole, the Court finds that the R&R properly analyzes the issues presented. For the reasons set out in the R&R, which are incorporated by reference herein, it is hereby **ORDERED** that the R&R [Doc. 6] is **ADOPTED IN PART.** In accordance with the R&R, Plaintiff's Application to Proceed Without Prepaying Fees [Doc. 1] is **DENIED,** but the Complaint [Doc. 2] is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

---

[1] Failure to file objections within the 14-day period pursuant to Fed.R.Civ.P. 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).