UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| JUSTIN L. DALTON, | ) | |
| | ) | |
| Plaintiff, | ) | 2:23-CV-00012-DCLC-CRW |
| | ) | |
| v. | ) | |
| | ) | |
| DEE JOHNSTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**JUDGMENT**

This matter came before the Court on Plaintiff's Application to Proceed Without Prepaying

Fees [Doc. 1]. For the reasons stated in the accompanying order [Doc. 8], Plaintiff's Application

[Doc. 1] is **DENIED**. The Complaint [Doc. 2] is **DISMISSED WITHOUT PREJUDICE**. The

Clerk is **DIRECTED** to close the case.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court